# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 17-03731 | CED | Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|---|
| Case Name: | HEISTON, DARRELL ALLEN | | | Date Filed (f) or Converted (c): | 04/28/17 (f) |
| | HEISTON, DOROTHY | | | 341(a) Meeting Date: | 06/06/17 |
| For Period Ending: | 09/30/18 | | | Claims Bar Date: | 12/04/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 KIA RIO | 2,250.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS & FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 2 sofas, tv stand, computer stand, kitchen table, dresser, hospital bed, ironing board, shark vaccuum | | | | | |
| 3. 2 TV'S, DVD PLAYER | 70.00 | 0.00 | | 0.00 | FA |
| 4. USED CLOTHING AND SHOES | 200.00 | 0.00 | | 0.00 | FA |
| 5. 1 DOG | 1.00 | 0.00 | | 0.00 | FA |
| 6. DVD MOVIES 20 DVD'S | 65.00 | 0.00 | | 0.00 | FA |
| 7. REGIONS * 2193 CHECKING | 64.00 | 0.00 | | 0.00 | FA |
| 8. REGIONS * 5871 CHECKING | 84.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY CLAIM (u) | 0.00 | 75,000.00 | | 0.00 | 75,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $3,234.00  $75,000.00  $0.00  $75,000.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 29, 2017 (GAH) Motion to Reopen Case filed for undisclosed personal injury case.

September 01, 2017 (RET) - Emailed attorney ATE affidavit of disinterestedness.

March 05, 2018 (RET) - Filed Application to Employ Special Counsel on products liability claim. (Order entered 3/7/18)

March 13, 2018 (RET) - Prepared motion to approve compromise.

LFORM1  Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 17-03731    CED    Judge: Caryl E. Delano | Trustee Name:    Robert E. Tardif Jr. |
| Case Name: | HEISTON, DARRELL ALLEN | Date Filed (f) or Converted (c):    04/28/17 (f) |
| | HEISTON, DOROTHY | 341(a) Meeting Date:    06/06/17 |
| | | Claims Bar Date:    12/04/17 |

March 29, 2018 (RET) - Filed motion to approve compromise.  (WITHDRAWN 4/11/18)

July 25, 2018 (RET) - Previous compromise was withdrawn as the settlement number must be confirmed after medical lien review.  That review is still underway. Once the lien review is complete the Trustee anticipates refiling motion to approve compromise.

Initial Projected Date of Final Report (TFR): 09/01/18       Current Projected Date of Final Report (TFR): 03/30/19

         /s/    Robert E. Tardif Jr.
_____ Date: 10/31/18
           ROBERT E. TARDIF JR.